# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> GURDEV SINGH, <br>     Defendant. | Case No. 1:17-mj-00095-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO TRANSFER FUNDS TO CLERK OF COURT WHERE CHARGES ARE PENDING |

On June 9, 2017, a detention hearing was held as to Gurdev Singh ("Defendant") before United States Magistrate Judge Barbara A. McAuliffe. (ECF No. 5.) Defendant was ordered released on a fifteen-thousand-dollar ($15,000) cash bond and was ordered to report to the Southern District of California where charges were pending. (Id.) On this same date, Defendant posted cash bonds in the amount of fifteen-thousand dollars ($15,000). (ECF No. 7, 8.)

IT IS HEREBY ORDERED that the Clerk of the Court is directed to transfer the bond deposited in the registry of this Court, plus accrued interest, to the Clerk of the Court in the District where the charges are pending.

IT IS SO ORDERED.

Dated: **March 27, 2019**

                                                  UNITED STATES MAGISTRATE JUDGE

1